IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:19CR521-1
:
TIMOTHY SCOTT RANDLEMAN :

The Grand Jury charges:

COUNT ONE

On or about August 15, 2018, in the County of Rowan, in the Middle District of North Carolina, TIMOTHY SCOTT RANDLEMAN knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about July 11, 2019, in the County of Rowan, in the Middle District of North Carolina, TIMOTHY SCOTT RANDLEMAN knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title

21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about July 11, 2019, in the County of Rowan, in the Middle District of North Carolina, TIMOTHY SCOTT RANDLEMAN, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, as more fully referenced in Count Two of this Indictment, knowingly did possess a firearm, that is, a Norinco .45 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR

On or about July 11, 2019, in the County of Rowan, in the Middle District of North Carolina, TIMOTHY SCOTT RANDLEMAN, having three previous convictions in any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another, and each conviction being for a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Norinco .45 caliber handgun, with knowledge of a previous conviction for a

crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

DATED: September 30, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

███████████

FOREPERSON

3